

This is Elmo Fortenberry T.C.T. No. CR4301
COA. No. 11-15-00077-CR    PD-0767-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 07 2015
FILED IN
COURT OF CRIMINAL APPEALS
Abel Acosta, Clerk
AUG 13 2015
Abel Acosta, Clerk

IF you would Add This To my maybe
Per Jury
    Deputy Report For Incident 14-00167
Line
16 WITNESS N/A Sayin Non Aplical or Not
One But you will see is Transcripts my
wife WAS There Saw iT And IF They would
HAVE ASK For STATment iT WOULd HAVE Been
The SAme Both placeS.

    NOT Like E Gomez Where He ChANGeS
HiS STORY ABout How And WHAT HAPPONed

    Like He is Telling me To get out oF The midle
oF Street BuT you See He CAme AT me And Then
you See I could get AHold oF FiNce And GATe
Both. I guess He will Tell you The Fince And
The gATe were in The midleoF STReet
                    TRANS 1 oF 3
Then you see He SAi'S He knee STruck And Th
gAte I WAS Holding on To opened . Trans.
    PAge 47 Line 11,12,13,14 Now He SAi'S we LANded
on The gATe And iT opened keep in mind
1000 pound HorseS caNT PuSh THAT GAT Open
LeT's see Where The knee STroke HAppend PAge 35
Line 23,24,25 PAge 36 Line 1,2,3,4,5,6,7,8,

    Now The EAr see Report on ground I Tryed
To pull ear off He SAi'S now Trans. PAge 34
Line 11,12 grAbbed ear pulling him down
TowardS me , So Did Pull Him To The ground
or while on ground By Law IT Dose not
    MATTer only DiFFrent STATmentS
    And ALSO See TRANS. PAge 35 Line 9,10,11,12,13

more Perjury
CALL For BACK UP
Report Gomez CALL For more Units To help
Trans. PAGe 38 Line 19, 20, 21, 22   Lost Radeo
       ONe Perjured STATmenT AFTer Another
By E GOMeS   more proof PAGe 49 Line 13, 14, 15, 16, 17
Martinez, Trans, 2 oF 3 PAGe 7 Line 6, 7, 8, 9, 10
Strahan Trans, 1 oF 3 PAGe 60 Line 3, 4, 5,   ALSO
PAGe 80 Line 6, 7, 8

## Solid Proof oF Perjury
AGG Perjury sworen Testimony

E GOMeZ STories on HANdCUFFing
Police Report
Gomez Needs Help
AFADAVid He did iT HiS SeLF
Strahan PAGe 82 Line 16, 17
~~[scribbled out]~~

Gomez Dose Not CARe iF He Tells The
Truth or No See Trans, PAGe 26 Line 14
   2 years with Sheriff Then PAGe 53 Line 15
   1 year with Sherifff

Did Any Thing get SAid To E Gomez About
Perjury or BrAught UP To The Jury ABouT iT
No BuT See PAGe 90 Line 18, 19, 20, 21, 22, 23

The DA. CALLed my wiFe A Lier 6 Times
1. on 2 oF 3 PAGe 87 Line 23, 24, 25 PAGe 88 Line 4
5, 6, 14, 15, 16, 17, 18, ThATS 2 more Then He SAid
First one PAGe 88 Line 18 Number Two 88 Line 24
PAGe 89 Lines 5, 19 PAGe 91 Line 16, 17
where iS The OBJecTion
Improper STATments misconduct where
   iS The OBJecTion
   INeFFecTive Council Proof



And PAGe 53 Line 3 Are you trying to save your HUSBAND

All that was said to Jury About E GOMeS is He got no reson to Lie

PAGe 90 Line 18, 19, 20, 21, 22, 23

PAGe 91 Line 16 outright Lies told by JACKie FoRtenberry

MidLAnd county Dose not CAre ABout STATe LAws or Fed. LAw They make there own see TRANS, 203 PAGe 23 Line 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, now see PenAL code sec 49.07 (A) (B, 2, 6, (1) 
Sec. 8.04 (6) (C) Sec 8.04 (d) ArT 37.09 (1) (2) (3) (4)

The sAll Are STATe LAw That midLAnd County Dose not HAve to FALLow They cAn BRAKe The LAw And Help there people BRAke The LAw And They Dont CAre see PAGe 23 Line 6, 7, 8 PAGe 24 Line 16, 17, 18, THAT Aut WHAT The LAw STATes And They HAve ALready Admitted I was real Drunk They cAn BRAke The LAw comit Perjury AGG. Perjury And, misconduct By D.A. cALL in witness Lier But its oK Because They Are MidLAnd County And HAve A D.A. Like ThAT

This is my LAwyer Helping The STATe AGAin By making one of The witTness Look Like They cAnt Be rong BecAus They no ALL see PAGe 21 Line 18, 19, 20, 21, 22, 23, 24, 25 PAGe 22 Line 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 you see From 13 to 25 ALot oF STUFF with The Ansor yes Then my LAwyer got to Felony AssAult with yes on The mind of Jury He is Helping MidLAnd County THAT is ineFFectiv As ALL geT out see PAGe 23 Line 1 Through 25 see How He is Helping The STATe PAGe 24 Line 21, 22, 23, Helpin STATe AGAin



I hAve shown PeRJury on TRAnscripts
And Deputy Report And AFFADAVID

I HAVE Shown ProsicutionAL misconduct
with no OBJection Ineffectiv Councul

I HAVE shown my lAwyer Help STATE
mAke Thore witness The BesT Thereis
mAssAve Ineffectiveness

I HAVE shown MidLAnd County DoseNoT
CAre ABout STATE An Fed LAw neTher Dose
JeFF ROBNETT Inefectiveness

I Am Begging you ANd GOD To

COMe To GAtheR ANd Help Me From

This one sided Tryle PLeAse

Help mAy The GOD OF HeAven

Gide uy All ThAnk you For your

Time    your Truly
            ELmO Fortenberry

I CAN show more Eror ~~Error~~ now ThAt

I HAVe TranscripTs